```
               UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                    WESTERN DIVISION

               NO: 5:01-CR-276-2-FA(3)
                    5:06-CR-92
```

UNITED STATES OF AMERICA

v.                                      MEMORANDUM OPINION AND
                                        ORDER

DONALD MORRISON


Pending before the court are defendant's pro se motions for dismissal of all criminal charges for violations of the rules of criminal procedure (docs. # 183 and 185). Having thoroughly reviewed the motions, the authorities cited therein, and the record in this case, the court finds defendant's motions to be without merit. Accordingly, the motions are DENIED.

The Clerk is directed to send copies of this Order to all counsel of record, the United States Marshal, and the Probation Office of this court.

**IT IS SO ORDERED** this 31st day of October, 2007.

ENTER:

*David A. Faber*

David A. Faber
United States District Judge