IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01CR000276-002FA
NO. 5:06CR000092-001FA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
       v. ) WITHDRAWAL OF WRITS OF
) GARNISHMENT
DONALD LESLIE MORRISON, )
)
    Defendant. )

On June 1, 2009, a Writ of Garnishment to Bank of America, and on June 1, 2009, a Writ of Garnishment to BB&T were issued in this case, based on an Application for Writs Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writs of Garnishment and requested that the Writs of Garnishment issued on June 1, 2009 to Bank of America and BB&T be withdrawn. The Writ of Garnishment issued on June 1, 2009 to Bank of America and the Writ of Garnishment issued on June 1, 2009 to BB&T filed in this matter is hereby withdrawn and is of no further legal consequence.

This 23rd day of September, 2010.

DENNIS P. IAVARONE
Clerk of Court

*[signature]*